**Appeals Dismissed and Opinion Filed November 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00749-CR
No. 05-14-00750-CR
No. 05-14-00751-CR
No. 05-14-00752-CR

**JAMES FRANCIS KRAMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-47349-M, F11-47350-M, F11-47351-M, F11-47352-M**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140749F.U05



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### JUDGMENT

JAMES FRANCIS KRAMER, Appellant

No. 05-14-00749-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F11-47349-M.
Opinion delivered per curiam before Justices Bridges, Lang, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 5th day of November, 2014.



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JAMES FRANCIS KRAMER, Appellant

No. 05-14-00750-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-47350-M.
Opinion delivered per curiam before Justices
Bridges, Lang, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 5th day of November, 2014.



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JAMES FRANCIS KRAMER, Appellant

No. 05-14-00751-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F11-47351-M.
Opinion delivered per curiam before Justices Bridges, Lang, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 5th day of November, 2014.



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JAMES FRANCIS KRAMER, Appellant

No. 05-14-00752-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F11-47352-M.
Opinion delivered per curiam before Justices Bridges, Lang, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 5th day of November, 2014.